USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/31/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
   CHRIS CRISMAN,                                       :

                            Plaintiff,   :
            -against-                    :         1:20-cv-01887-GHW

   EPAY WORLD LLC,                         :         <u>ORDER</u>

                         Defendant.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The Court observes that the defendant in this case has not appeared.  In light of that fact, the initial pretrial conference scheduled for June 3, 2020 is adjourned *sine die*.  The Court expects any motion for default judgment will be filed no later than June 15, 2020.

      SO ORDERED.

Dated: May 31, 2020                                   _____
                                                        GREGORY H. WOODS
                                                   United States District Judge